**1217½ COUNTY OF BAY vs. BULLOCK (Supervisor of Deep River Twp.), 51 M., 544.**

To compel respondent to return his tax roll to the Board of Supervisors of Bay County, and to attend the meetings of that

board, relator insisting that the act of the Legislature setting off the County of Arenac, including Deep River Township, from Bay County, is invalid.

Order to show cause denied October 18, 1883.